# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 735 MAL 2019
:
              Respondent :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
        v. :
:
:
:
DMITRY KUPERSCHMIDT, :
:
              Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of May, 2020, the Petition for Allowance of Appeal is **DENIED**.